**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MAURICE NEWMAN,

                    Plaintiff,

        -against-                            24 **CIVIL** 6681 (LLS)

                                                    **JUDGMENT**

MITCHELL KATZ (PRESIDENT); LELAND
CHAN (MD); BEHDAD JAMSHAHI (MD),

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 12, 2026, the Court has dismissed this action for the

reasons set forth in the order. The Court has dismissed Plaintiff's claims under federal law for

failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The

Court has declined to consider, under its supplemental jurisdiction, any claims that Plaintiff

asserts under state law, including any claims of medical malpractice and negligence. *See* 28

U.S.C. § 1367(c)(3).

**Dated:** New York, New York

        February 18, 2026

                                    **TAMMI M. HELLWIG**

                                _____
                                       **Clerk of Court**

        **BY:**          K. mango

                                      _____
                                        **Deputy Clerk**